IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kaycee Forsyth,<br><br>  Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>  Defendant. | No. CV-24-00571-TUC-SHR<br><br>**ORDER** |

On September 23, 2025, Magistrate Judge Bruce G. Macdonald issued a Report and Recommendation ("R&R") in which he recommended the Court reverse the Commissioner of Social Security's decision and remand the matter for an award of benefits. (Doc. 20.) The R&R notified the parties they had fourteen (14) days after being served with a copy of the R&R to file any objections. (*Id.* at 16.)  No objections have been filed.

If neither party objects to a magistrate judge's R&R, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (noting a district court need only review a magistrate judge's findings and recommendations de novo if objection is made).  However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

In this case, the deadline for filing objections has passed. As noted, no objections have been filed, and neither party has requested additional time to do so despite the warning from Judge Macdonald indicating "[f]ailure to file timely objections to any factual or legal determination of the Magistrate Judge may result in waiver of the right to review." (Doc. 20 at 16.) Therefore, the Court will adopt the R&R on that basis alone. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (declining to substantively review the magistrate judge's report and recommendation because no objections were filed).

Accordingly,

**IT IS ORDERED** Magistrate Judge Macdonald's R&R (Doc. 20) is **ADOPTED**.

**IT IS FURTHER ORDERED** the Commissioner of Social Security's decision is **REVERSED**. This matter is **REMANDED** for an award of benefits consistent with the R&R.

**IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment accordingly and close this case.

Dated this 23rd day of October, 2025.

Honorable Scott H. Rash
United States District Judge